# EXHIBIT 1

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

**SUMMARY OF EVENT:**

On September 2, 2015 ATF Special Agents, California Highway Patrol Officers and members of the San Francisco Police Department served a Federal Search Warrant at Star Market, located at 4400 3rd Street, San Francisco, California.

**NARRATIVE:**

1. On September 1, 2015, ATF Special Agent (SA) Daniel Garza obtained a Federal Search Warrant (3-15-71140SK) signed by United States Magistrate Judge Spero, In San Francisco, California, in the Northern District of California. Judge Spero authorized the search of the premises known as the Star Market, located at 4400 3rd Street, San Francisco, California 94124. This address has been previously identified as the business of Hanai IBRAHIM.

2. On September 2, 2015, at approximately 0500 hours, the following law enforcement personnel conducted a briefing at the San Francisco Police Department (SFPD), Bayview Station:

   ATF SA Brian Hester
   ATF SA Nico Coia
   SFPD Sgt. J. Erb
   SFPD Ofc. L. Hargreaves
   SFPD Ofc. C. Leong
   SFPD Ofc. E. Eastlund
   SFPD Ofc. P. Wilgus
   SFPD Ofc. Cunningham (Marked Unit)
   SFPD Ofc. Roche (Marked Unit)
   CHP Ofc. G. Eddy (K-9 Dax)

3. On September 2, 2015, at approximately 0800 hours, SFPD officers arrived in front 4400 3rd Street to secure the location. A short time later, Bialal IBRAHIM arrived at the Star Market to open the store for business. SFPD Officers told IBRAHIM they had a search warrant for the location and he could not open or enter the store. IBRAHIM gave Ofc. Leong his keys to the security gate and front door. At approximately 0832 hours agents and officers initiated search warrant service. SA Hester knocked loudly on the locked security gate and demanded entry by shouting, "Police with a search warrant, open the door". SFPD Ofc. Leong then used the

| Prepared by:
Brian R. Hester | Title:
Special Agent, San Francisco Field Office | Signature:
BR Hester | Date:
9/17/15 |
| Authorized by:
Paris A. Gillette | Title:
Resident Agent in Charge, San Francisco Field Office | Signature:
Gillette | Date:
9/1/15 |
| Second level reviewer (optional): | Title:
Special Agent in Charge, San Francisco Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

keys provided by IBRAHIM to remove the two (2) padlocks on the security gate. SA Hester then knocked on the front (glass) door and demanded entry by shouting, "Police with a search warrant, open the door". SFPD Ofc. Leong then used the keys provided by IBRAHIM to unlock the front door. No persons were located inside the store.

4. Prior to the search of the store, SA Hester videotaped the door and interior. CHP Ofc. Eddy ran K-9 Dax through the store. K-9 Dax did not alert. CHP Ofc. Rudder ran K-9 Dakar through the store. K-9 Dakar did not alert.

5. As the items to be seized were located, they were photographed in place and recovered by SA Hester. The items which were seized are described as:

-Item 13-Apple Laptop Computer with power cord
-Item 14-Black nylon holster
-Item 15-Suspected Hydrocodone-round blue tablets (later determined to be approximately 11.1 grams)
-Item 16-Suspected Hydrocodone-oblong yellow tablets (later determined to be approximately 73.0 grams)
-Item 17-Apple Laptop Computer (silver) with power cord
-Item 18-DMV Notice (indicia)

6. At approximately 1207 hours, law enforcement concluded the search for evidence inside of the Star Market. SA Hester videotaped the door and interior of the Star Market at the conclusion of the search. In the presence of SA Coia, SA Hester left a copy of the search warrant and search warrant return with Bialal IBRAHIM. SA Hester returned the keys IBRAHIM had given to Ofc. Leong. All law enforcement personnel departed the location at approximately 1217 hours.

7. SA Hester transported the evidence seized from the Star Market to the ATF San Francisco Metro Field Office where it was processed as evidence and secured in the evidence vault.

**ATTACHMENTS:**
   a. Copy of Federal Search Warrant (NDC#3-15-71140SK) with Return (12 pages)
   b. Photograph Log (1 page)
   c. Evidence Log (1 page)
   d. Copies of Evidence Photographs (8 pages)
   e. ATF Property Status Summary Reports for Items #013-018

ATF EF 3120.2 (10-2004)
For Official Use Only

AO 93 (Rev. 11/13) Search and Seizure Warrant

*SEALED BY COURT ORDER*

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No. |
| Three Subject Premises and Two Subject Vehicles | ) **3  15  7 1 1 4 0** |
| | ) |
| | ) |

**SK**

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

Three subject premises and two subject vehicles as described in Attachments A-1 through A-5.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime; contraband, fruits of crime, or other items illegally possessed; and/or property designed for use, intended for use, or used in committing a crime, in violation of Title 21 United States Code, Sections 841(a), 846, and Title 18, United States Code, Sections 922(g) and 924(c) as set forth in Attachments B and C.

**YOU ARE COMMANDED** to execute this warrant on or before _9/14/15_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _9/1/15    9 am_

City and state:   San Francisco, California

_____
*Judge's signature*

Hon. Joseph C. Spero, Chief Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3 15 71140 SK | Date and time warrant executed: 2 SEPT 2015 APPROX 0832 | Copy of warrant and inventory left with: AT LOCATION - STAR MARKET |
| Inventory made in the presence of : SA COIA | | |

Inventory of the property taken and name of any person(s) seized:

① APPLE LAPTOP COMPUTER, WHITE CASE, WITH POWER CORD

② BLACK NYLON HOLSTER

③ SUSPECTED HYDROCODONE, ROUND BLUE TABLETS

④ SUSPECTED HYDROCODONE, OBLONG YELLOW TABLETS

⑤ APPLE LAPTOP COMPUTER, SILVER CASE, WITH POWER CORD

⑥ DMV NOTICE - INDICIA

NOTHING FOLLOWS

⑥ SIX ITEMS ONLY

| Certification |
|---|

*I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A-1

SUBJECT PREMISES 1 is the "Star Market" located at 4400 3rd Street, San Francisco, CA, 94124. The Star Market, is a small store located at the corner of 3rd Street and Kirkwood Street. The building is red in color with beige/tan trim and has a sign which clearly states "Star Market" above the entrance.



The requested search shall include any associated rooms, attics, basements, porches, locked containers and safes, and other parts therein, as well as the surrounding grounds driveway, garages, carports, storage rooms, storage lockers, yards, trash containers, and outbuildings, any vehicles associated with and accessible from, SUBJECT PREMISES 1, including vehicles parked in parking spaces dedicated to the subject premises, vehicles whose keys are present in the subject premises, or vehicles for which there is indicia of ownership, registration, or use found at the subject premises.

**ATTACHMENT A-2**

SUBJECT PREMISES 2 is located at 4404 3rd Street San Francisco, CA 94124. "Go Gadget," is a small store located at the corner of 3rd Street and Kirkwood Street. The building is red in color with beige/tan trim, and has a sign which clearly states "Go Gadget" above the entrance.



The requested search shall include any associated rooms, attics, basements, porches, locked containers and safes, and other parts therein, as well as the surrounding grounds driveway, garages, carports, storage rooms, storage lockers, yards, trash containers, and outbuildings, any vehicles associated with and accessible from, SUBJECT PREMISES 2, including vehicles parked in parking spaces dedicated to the subject premises, vehicles whose keys are present in the subject premises, or vehicles for which there is indicia of ownership, registration, or use found at the subject premises.

**ATTACHMENT A-3**

SUBJECT PREMISES 3 is located at 400 ▮▮▮▮▮▮▮▮▮, Daly City, CA 94015. On the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in Daly City, CA is a white and yellow two story single family residence with the number "400" displayed on northeast corner of the residence facing ▮▮▮▮▮▮▮▮.





The requested search shall include any associated rooms, attics, basements, porches, locked containers and safes, and other parts therein, as well as the surrounding grounds driveway, garages, carports, storage rooms, storage lockers, yards, trash containers, and outbuildings, any vehicles associated with and accessible from, SUBJECT PREMISES 3, including vehicles parked in parking spaces dedicated to the subject premises, vehicles whose keys are present in the subject premises, or vehicles for which there is indicia of ownership, registration, or use found at the subject premises.

**ATTACHMENT A-4**

(SUBJECT VEHICLE 1).

## ATTACHMENT A-5

2007 Mercedes Benz, California license plate 7HYG703; registered to Hanai IBRAHIM, 400 ████████████ Daly City, California 94015 (SUBJECT VEHICLE 2).

## ATTACHMENT B

## ITEMS TO BE SEARCHED AND SEIZED

Evidence, fruits, and instrumentalities of the manufacturing or possession of narcotics with intent to distribute, in violation of 21 U.S.C. § 841(a)(1); conspiring to manufacture or possess narcotics with intent to distribute, in violation of 21 U.S.C. § 846; possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g)(1); and the use or possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c); including:

1.     Narcotics, controlled substances, and listed chemicals, including but not limited to cocaine and methamphetamine;

2.     Narcotics paraphernalia, such as scales, packaging materials or devices, diluting or cutting agents used to dilute or cut controlled substances;

3.     Containers, including boxes, bags, briefcases, suitcases, or other containers that could be used to carry controlled substances and currency;

4.     Records, documents, or materials (indicia) that identify the persons who have possession, custody, or control over the property and vehicles searched, including but not limited to,  personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, photographs (developed or undeveloped), leases, mortgage bills, vehicle registration information or ownership warranties, receipts for vehicle parts and repairs and telephone answering machine instructions;

5.     Items evidencing the proceeds derived from drug trafficking, including records concerning currency, precious metals, and/or jewelry valued in excess of $1,000, documentation relating to the purchase of real estate or motor vehicles; records evidencing the establishment of shell corporations and/or business fronts; records, documents, or other evidence relating to the existence of wire transfers, cashier's checks, and money orders; and money counting machines;

6.     Drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence notations, logs, receipts, journals, books, records, and other documents noting the price, quantity and/or times when controlled substances or chemicals used to manufacture controlled substances were obtained, transferred, sold, shipped, distributed, and/or concealed, including shipping receipts, shipping labels, or shipping/packaging materials;

7.     Photographs, letters, personal notes, text messages, documents and other items that evidence drug trafficking;

8.     Documents relating to business travel, such as calendars, travel itineraries, maps, airline ticket and baggage stubs, frequent-use club membership information, and records and receipts associated with airlines, rental car companies, and/or hotels, credit card bills and receipts, photographs, videos, passports, and visas.  This includes records on paper as well as

such records which are stored electronically within the memory of computers, computer-related storage devices, and cellular phones.

9.      Any and all firearms and ammunition, as well as any items pertaining to the possession of firearms, including firearms parts, gun cases, ammunition magazines, ammunition boxes, holsters, scopes, silencers, firearms cleaning equipment, photographs of firearms or persons in possession of firearms, and receipts for the purchase and/or repair of these items;

10.     Devices or media that store data electronically, including personal computers, desktop computers, laptop computers, tablet computers, PDAs; iPads; mobile telephones or smartphones, pagers and answering machines (collectively, "Electronic Devices") that could contain evidence of narcotics trafficking and/or firearms possession, including the items listed in the paragraphs above.

11.     The terms "records," "documents," and "materials" include all of the items described above in whatever form and by whatever means they may have been created and/or stored. This includes any photographic, mechanical, electrical, electronic, and/or magnetic forms. It also includes items in the form of computer hardware, software, documentation, passwords, and/or data security devices, as more fully described below:

     a.     <u>Computer Hardware</u>: Computer hardware consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. This includes any data-processing devices (such as central processing units, memory typewriters, and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, transistor-like binary devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); related communications devices (such as modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, speed dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

     b.     <u>Computer Software</u>: Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way it works. Software is stored in electronic, magnetic, optical, or other digital form. It commonly includes programs to run operating systems, applications (like word-processing, graphics, or spreadsheet programs, utilities, compilers, interpreters, and communications programs).

     c.     <u>Computer-related Documentation</u>: Computer-related documentation consists of written, recorded, printed, or electronically stored records, documents, or material which explains or illustrates how to configure or use computer hardware, software, or other related items.

        d.    <u>Computer Passwords and Other Data Security Devices</u>:  Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data.  Data security devices may consist of hardware, software, or other programming code.  A password (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices.  Data security hardware may include encryption devices, chips, and circuit boards.  Data security software or digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched.  Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the process to restore it.

        12.    Devices to conduct counter surveillance against law enforcement, such as two-way radios, police scanners, video surveillance systems, anti-bugging devices, police radios, surveillance cameras, monitors and recording devices.

**ATTACHMENT C**
**PROTOCOL FOR SEARCHING DEVICES OR MEDIA**
**THAT STORE DATA ELECTRONICALLY**

1.    In executing this warrant, the government will begin by ascertaining  whether all or

part of a search of a device or media that stores data electronically ("the device")

reasonably can be completed at the location listed in the warrant ("the site") within a

reasonable time.  If the search reasonably can be completed on site, the government

will remove the device from the site only if removal is necessary to preserve

evidence, or if the item is contraband, a forfeitable instrumentality of the crime, or the

fruit of a crime.

2.    If the government determines that a search reasonably cannot be completed on site

within a reasonable time period, the government must determine whether all or part of

the authorized search can be completed by making a mirror image of, or in some

other manner duplicating, the contents of the device and then conducting the forensic

review of the mirror image or duplication off site. The government will complete a

forensic review of that mirror image within 120 days of the execution of the search

warrant.

3.    In a circumstance where the government determines that a mirror image of the

contents of a device cannot be created on site in a reasonable time, the government

may seize and retain that device for 60 days in order to make a mirror image of the

contents of the device.

4.    When the government removes a device from the searched premises  it may also

remove any equipment or documents ("related equipment or documents") that

reasonably appear to be necessary to create a mirror image of the contents of the

device or conduct an off-site forensic review of a device.

5.    When the government removes a device or related equipment or documents from the

site in order to create a mirror image of the device's contents or to conduct an off-site

forensic review of the device, the government must file a return with a magistrate

1

judge that identifies with particularity the removed device or related equipment or documents within 14 calendar days of the execution of the search warrant.

6.   Within a reasonable period of time, but not to exceed 60 calendar days after completing the forensic review of the device or image, the government must use reasonable efforts to return, delete, or destroy any data outside the scope of the warrant unless the government is otherwise permitted by law to retain such data.

7.   The time periods set forth in this protocol may be extended by court order for good cause.

8.   In the forensic review of any device or image under this warrant the government must make reasonable efforts to use methods and procedures that will locate and expose those categories of files, documents, or other electronically-stored information that are identified with particularity in the warrant, while minimizing exposure or examination of irrelevant, privileged, or confidential files. to the extent reasonably practicable.

9.   For the purposes of this search protocol, the phrase "to preserve evidence" is meant to encompass reasonable measures to ensure the integrity of information responsive to the warrant and the methods used to locate same.



UNITED STATES DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
SAN FRANCISCO FIELD DIVISION
San Francisco Metro

# PHOTOGRAPH LOG



| Date: | September 2, 2015 |
| Photographer: | Hester |
| Camera Make:Model: | Nikon D90 |

PAGE: 1 of 1

Address/Location: 4400 3rd Street
San Francisco, CA

| # | Description | Photograph Number(s) |
|---|-------------|----------------------|
| 1. | Silver Apple Laptop and US Currency | 1,2 |
| 2. | Cash Register | 3,4 |
| 3. | US Currency near cash register | 5 |
| 4. | Cash Register | 6 |
| 5. | Pills in cash register | 7 |
| 6. | Area behind Newport Display | 8 |
| 7. | Apple Laptop in bag (Item 13) | 9 |
| 8. | Suspected Hydrocodone (Item 16) | 10, 11 |
| 9. | Suspected Hydrocodone (Item 15) | 12, 13 |
| 10. | Black Nylon Holster (Item 14) | 14, 15 |
| 11. | Silver Apple Laptop (Item 17) | 16 |
| 12. | ---NOTHING FOLLOWS--- | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |



# UNITED STATES DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### SAN FRANCISCO FIELD DIVISION
#### San Francisco Metro
## EVIDENCE LOG

|  |  |
|---|---|
| Date: | September 2, 2015 |
| Finder: | Hester |
| Photographer: | Hester |

Address/Location: 4400 3rd Street
San Francisco, CA

PAGE: 1 of 1

| Item # | Description of Item | Room/ Location | Sub- Location 1 | Sub- Location 2 | Found By: | Photograph Number(s) |
|---|---|---|---|---|---|---|
| 1. | Apple Laptop Computer with power cord | main store area | behind counter | behind Newport Displi | Ofc. Eastlund | 8,9 |
| 2. | Black Nylon Holster | Office | 2 drawer file cabinet | top drawer | Ofc. Hargraves | 14, 15 |
| 3. | Suspected Hydrocodone-Round Blue Tablet | Office | Desk | top, right drawer | SA Coia | 12, 13 |
| 4. | Suspected Hydrocodone-Oblong Yellow Tablet | Office | 2 drawer file cabinet | top | Ofc. Hargraves | 10, 11 |
| 5. | Apple Laptop Computer silver w/power cord | Office | Desk | top | SA Coia | 1, 16 |
| 6. | Indicia-DMV Notice | main store area | behind counter | glass front case | SA Hester | N/A |
| 7. | 0 |  | 0 | 0 | 0 | 0 |
| 8. | 0 |  | 0 | 0 | 0 | 0 |
| 9. | 0 |  | 0 | 0 | 0 | 0 |
| 10. | 0 |  | 0 | 0 | 0 | 0 |
| 11. | 0 |  | 0 | 0 | 0 | 0 |
| 12. | 0 |  | 0 | 0 | 0 | 0 |
| 13. | 0 |  | 0 | 0 | 0 | 0 |
| 14. | 0 |  | 0 | 0 | 0 | 0 |
| 15. | 0 |  | 0 | 0 | 0 | 0 |
| 16. | 0 |  | 0 | 0 | 0 | 0 |
| 17. | 0 |  | 0 | 0 | 0 | 0 |
| 18. | 0 |  | 0 | 0 | 0 | 0 |
| 19. | 0 |  | 0 | 0 | 0 | 0 |
| 20. | 0 |  | 0 | 0 | 0 | 0 |
| 21. | 0 |  | 0 | 0 | 0 | 0 |
| 22. | 0 |  | 0 | 0 | 0 | 0 |
| 23. | 0 |  | 0 | 0 | 0 | 0 |
| 24. | 0 |  | 0 | 0 | 0 | 0 |
| 25. | 0 |  | 0 | 0 | 0 | 0 |



















# Property Status Summary Report

**Case Agent:** DAGARZA

**Phone Number:** ▮▮▮▮▮

09/17/2015

---

**Property Item Details: Item #:** 000013      **Property Status:** In ATF Custody

**Description:** #000013 COMPUTER EVIDENCE: LAPTOP, APPLE LAPTOP COMPUTER W/ POWER CORD

---

**Value:** $50.00      **Trace Priority:**      **FTS Trace ID:**

**Recovery Location:** 4400 3rd ST San Francisco, CA 94124-

**Law Enforcement Custody Date:** 09/02/2015      **ATF Custody Date:** 09/02/2015

**Possessed By:** IBRAHIM, Hanai      **Possessor Address:** ▮▮▮▮▮

**ATF Action:** RETAINED FOR EVIDENCE      **Judicial District:** California, Northern District

**Seizure Authority:**

| Claimants | Address | Type |
|---|---|---|
|  |  |  |

**EXTENSIONS**

**Withhold Notice:** NO

**Court Order:** NO

**Court Ordered Extension Reason:**

**Court Ordered Extension Date:**

**Comments:**

---

**Storage Location:** IN AGENT POSSESSION      **Barcode Number:** 1797003

## ADMINISTRATIVE CHAIN OF CUSTODY

| Activity | Participant | Date |
|---|---|---|
| Agent Processing | PAGILLETTE | 09/03/2015 |
| Accepted/Checked In | BRHESTER | 09/09/2015 |

## Probable Cause Description

# Property Status Summary Report



**Case Agent:** DAGARZA

**Phone Number:**

**09/17/2015**

---

**Property Item Details:** **Item #:** 000014   **Property Status:** In ATF Custody

**Description:** #000014 OTHER: FIREARM PARTS AND ACCESSORIES, BLACK NYLON HOLSTER

**Value:** $15.00   **Trace Priority:**   **FTS Trace ID:**

**Recovery Location:** 4400 3rd ST San Francisco, CA 94124-

**Law Enforcement Custody Date:** 09/02/2015   **ATF Custody Date:** 09/02/2015

**Possessed By:** IBRAHIM, Hanai   **Possessor Address:**

**ATF Action:** RETAINED FOR EVIDENCE   **Judicial District:** California, Northern District

**Seizure Authority:**

| Claimants | Address | Type |
|-----------|---------|------|
|           |         |      |

**EXTENSIONS**

**Withhold Notice:** NO

**Court Order:** NO

**Court Ordered Extension Reason:**

**Court Ordered Extension Date:**

**Comments:**

**Storage Location:** IN AGENT POSSESSION   **Barcode Number:** 1797011

## ADMINISTRATIVE CHAIN OF CUSTODY

| Activity | Participant | Date |
|----------|-------------|------|
| Agent Processing | PAGILLETTE | 09/03/2015 |
| Accepted/Checked In | BRHESTER | 09/09/2015 |

## Probable Cause Description

# Property Status Summary Report





**Case Agent:** DAGARZA
**Phone Number:** ▇▇▇▇▇▇▇

**09/17/2015**

---

**Property Item Details:  Item #:** 000015         **Property Status:**  In ATF Custody

**Description:** #000015 DRUG: PHARMACEUTICAL, QTY: 11.1, MEA: GRAMS , SUSPECTED HYDROCODONE-ROUND
BLUE TABLET

**Value:** $0.00         **Trace Priority:**              **FTS Trace ID:**

---

**Recovery Location:**   4400  3rd ST  San Francisco, CA 94124-

**Law Enforcement Custody Date:** 09/02/2015         **ATF Custody Date:** 09/02/2015

**Possessed By:**   IBRAHIM, Hanai              **Possessor Address:**   ▇▇▇▇▇▇▇

**ATF Action:**  RETAINED FOR EVIDENCE         **Judicial District:** California, Northern District

**Seizure Authority:**

---

| **Claimants** | **Address** | **Type** |
|---|---|---|
| | | |

---

**EXTENSIONS**

**Withhold Notice:**  NO

**Court Order:**      NO

**Court Ordered Extension Reason:**

**Court Ordered Extension Date:**

**Comments:**

---

**Storage Location:** IN AGENT POSSESSION         **Barcode Number:** 1797013

---

## ADMINISTRATIVE CHAIN OF CUSTODY

| Activity | Participant | Date |
|---|---|---|
| Agent Processing | PAGILLETTE | 09/10/2015 |

### Probable Cause Description

---

# Property Status Summary Report



**Case Agent:** DAGARZA

**Phone Number:**

**09/17/2015**

---

**Property Item Details:  Item #:** 000016      **Property Status:** In ATF Custody

**Description:** #000016 DRUG: PHARMACEUTICAL, QTY: 73.0, MEA: GRAMS , SUSPECTED HYDROCODONE-OBLONG YELLOW TABLETS

**Value:** $0.00      **Trace Priority:**      **FTS Trace ID:**

---

**Recovery Location:** 4400  3rd ST  San Francisco, CA 94124-

**Law Enforcement Custody Date:** 09/02/2015      **ATF Custody Date:** 09/02/2015

**Possessed By:** IBRAHIM, Hanai      **Possessor Address:**

**ATF Action:** RETAINED FOR EVIDENCE      **Judicial District:** California, Northern District

**Seizure Authority:**

---

| Claimants | Address | Type |
|-----------|---------|------|
|  |  |  |

---

**EXTENSIONS**

**Withhold Notice:** NO

**Court Order:** NO

**Court Ordered Extension Reason:**

**Court Ordered Extension Date:**

**Comments:**

---

**Storage Location:** IN AGENT POSSESSION      **Barcode Number:** 1797019

---

## ADMINISTRATIVE CHAIN OF CUSTODY

| Activity | Participant | Date |
|----------|-------------|------|
| Agent Processing | PAGILLETTE | 09/10/2015 |

## Probable Cause Description

---

# Property Status Summary Report





**Case Agent:** DAGARZA
**Phone Number:**

**09/17/2015**

---

**Property Item Details:  Item #:** 000017  **Property Status:**  In ATF Custody

**Description:** #000017 COMPUTER EVIDENCE: LAPTOP, APPLE LAPTOP COMPUTER SILVER W/ POWER CORD

**Value:** $50.00  **Trace Priority:**  **FTS Trace ID:**

---

**Recovery Location:**  4400  3rd ST  San Francisco, CA 94124-

**Law Enforcement Custody Date:** 09/02/2015  **ATF Custody Date:** 09/02/2015

**Possessed By:**  IBRAHIM, Hanai  **Possessor Address:**

**ATF Action:** RETAINED FOR EVIDENCE  **Judicial District:** California, Northern District

**Seizure Authority:**

---

| Claimants | Address | Type |
|-----------|---------|------|
| | | |

---

**EXTENSIONS**

**Withhold Notice:**  NO

**Court Order:**  NO

**Court Ordered Extension Reason:**

**Court Ordered Extension Date:**

**Comments:**

---

**Storage Location:** IN AGENT POSSESSION  **Barcode Number:** 1797021

## ADMINISTRATIVE CHAIN OF CUSTODY

| Activity | Participant | Date |
|----------|-------------|------|
| Agent Processing | PAGILLETTE | 09/03/2015 |
| Accepted/Checked In | BRHESTER | 09/09/2015 |

### Probable Cause Description

---



# Property Status Summary Report

**Case Agent:** DAGARZA

**Phone Number:**

**09/17/2015**

---

**Property Item Details:** **Item #:** 000018          **Property Status:** In ATF Custody

**Description:** #000018 DOCUMENT: OTHER DOCUMENTS, DMV NOTICE

**Value:** $0.00          **Trace Priority:**          **FTS Trace ID:**

---

**Recovery Location:** 4400 3rd ST San Francisco, CA 94124-

**Law Enforcement Custody Date:** 09/02/2015          **ATF Custody Date:** 09/02/2015

**Possessed By:** IBRAHIM, Hanai          **Possessor Address:**

**ATF Action:** RETAINED FOR EVIDENCE          **Judicial District:** California, Northern District

**Seizure Authority:**

| Claimants | Address | Type |
|-----------|---------|------|
|           |         |      |

**EXTENSIONS**

**Withhold Notice:** NO

**Court Order:** NO

**Court Ordered Extension Reason:**

**Court Ordered Extension Date:**

**Comments:**

---

**Storage Location:** IN AGENT POSSESSION          **Barcode Number:** 1797022

## ADMINISTRATIVE CHAIN OF CUSTODY

| Activity | Participant | Date |
|----------|-------------|------|
| Agent Processing | PAGILLETTE | 09/03/2015 |
| Accepted/Checked In | BRHESTER | 09/09/2015 |

## Probable Cause Description